UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNINE SUMPTER, Individually and for Others Similarly Situated,<br><br>Plaintiff,<br><br>-v-<br><br>HOSPITALS CORPORATION d/b/a NYC HEALTH + HOSPITALS,<br><br>Defendant. | Civil Action No. 1:22-cv-08176-PAE-JW<br><br>**DECLARATION OF A. MICHAEL WEBER** |

A. Michael Weber, an attorney admitted to practice before this Court, declares pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury that the following is true and correct:

1. I am a Shareholder in the law firm of Littler Mendelson, P.C., counsel for Defendant in the above-captioned action. By virtue of my representation of Defendant in this action, I have become familiar with the facts and circumstances associated with this case.

2. Attached hereto as **Exhibit A** is a copy of the Complaint filed in the matter bearing the caption *Reid v. New York City Health and Hospitals Corporation, et al.*, where it was assigned to Judge Gardephe and Magistrate Judge Moses and assigned case number 1:22-cv-469 (*see* Original Collective and Class Action Complaint, *Reid v. New York City Health and Hospitals Corporation, et al.*, No. 1:22-cv-469-PGG-BCM (S.D.N.Y., filed Jan. 19, 2022).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 22, 2022
New York, New York

                                                  */s A. Michael Weber*
                                                  A. Michael Weber