UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHNINE SUMPTER,

                                  Plaintiff,               **ORDER**

        -against-                                 22-CV-8176 (PAE) (JW)

HOSPITALS CORP. d/b/a NYC
HEALTH + HOSPITALS,

                                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The parties' revised Proposed Case Management Plan and Report of Rule 26(f) Meeting, available at https://nysd.uscourts.gov/hon-jennifer-e-willis, is due **December 16, 2022**.

      SO ORDERED.

DATED:    New York, New York
               December 12, 2022

                                                   _____
                                                   JENNIFER E. WILLIS
                                                   United States Magistrate Judge