UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHNINE SUMPTER,

                           Plaintiff,                **ORDER**

      -against-                                 22-CV-8176 (PAE) (JW)

HOSPITALS CORP. d/b/a NYC
HEALTH + HOSPITALS,

                           Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The parties should be prepared to discuss Defendant's letter motion to stay discovery and request for entry of a protective order (Dkt. No. 55) and motion to transfer the case and consolidate it with an earlier filed, related action (Dkt. Nos. 20, 21) at the January 5, 2023 conference. The parties and Tandym should also be prepared to discuss Tandym's premotion conference letter regarding Tandym's anticipated motion to intervene. Dkt. No. 49.

       SO ORDERED.

DATED:     New York, New York
                 January 3, 2023

                                                       _____
                                                         JENNIFER E. WILLIS
                                                         United States Magistrate Judge