UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHNINE SUMPTER,

                            Plaintiff,                    **ORDER**

                                                                22-CV-8176 (PAE) (JW)
-against-

HOSPITALS CORP. d/b/a NYC
HEALTH + HOSPITALS,

                            Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      As discussed on the record during the parties' January 5, 2023 conference, Tandym's motion to intervene is due **January 23, 2023**. Plaintiff's opposition is due **February 2, 2023** and Tandym's reply, if any, is due **February 9, 2023**. The Court will hear oral argument on the motion to intervene on **February 14, 2023 at 10:00 a.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York. Discovery is stayed until the February 14th conference, at which point the Court will decide if the stay will be lifted. The parties and Tandym shall meet and confer regarding a potential protective order for communications with potential collective members and a briefing schedule for a motion to compel arbitration. The parties and Tandym shall file a joint status letter by **January 19, 2023** regarding their meet and confer.

      The Clerk of Court is directed to close docket numbers 49 and 55.

      SO ORDERED.

DATED:    New York, New York
                January 5, 2023

                                                                 *Jennifer E. Willis*
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge